**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 26, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-14-00110-CV

---

### DEMETRIOS (JIM) ALEXOPOULOS AND PANGIOTA MITSAKOS, CO-ADMINISTRATORS OF THE ESTATE OF THEODORE MITSAKOS, Appellants

**V.**

### JOSEPH M. PHILLIPS, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1034982**

---

### M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed October 29, 2013. On June 17, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.